United States District Court
Southern District of Texas
ENTERED

DEC 1 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN RE                             §
DIRECTV CASES                     §
                                  §
                                  §   Brownsville Division
                                  §   General Order Number One
                                  §
                                  §
                                  §
                                  §

## ORDER OF THE COURT

The District Clerk is hereby ORDERED to take the following action regarding cases filed by DIRECTV:

(1) As of the date of this order, any new cases filed by DIRECTV shall be assigned to Judge Tagle.

(2) Any such new case, after being assigned to Judge Tagle, will immediately be referred to Magistrate Judge Recio for pretrial matters.

(3) The following cases, which have been assigned to Judge Tagle, will be referred to Judge Recio for pretrial matters:
        (a) B-03-132
        (b) B-03-163
        (c) B-03-164
        (d) B-03-191
        (e) B-03-194
        (f) B-03-195

(4) The following case, which has been assigned to Judge Hanen, will be transferred to Judge Tagle and then immediately referred to Magistrate Judge Recio for pretrial matters:

        (a) B-03-162

(5) The attorneys of record for DIRECTV shall be mailed a copy of this order.

It is FURTHER ORDERED that counsel for DIRECTV shall present a copy of this order when filing any future actions in which DIRECTV is the Plaintiff.

IT IS SO ORDERED.

DONE at Brownsville, Texas this 19 day of November, 2003.

Hilda Tagle
United States District Judge