## COURTROOM MINUTES

**United States District Court
Southern District of Texas
FILED
JAN 1 3 2004
Michael N. Milby
Clerk of Court**

Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

Clerk:         M Garcia
ERO:           R Nieto
Interpreter:
CSO:           D Figueroa

Date:          January 13, 2004 at 2:50 p.m.

---

### CV NO. B-03-162 (HGT)

| | | |
|---|---|---|
| DIRECTV, INC. | * | L Chaney |
| vs | * | |
| RAMON BERMEA | * | R Valdez |
| FERNANDO GARCIA | * | |
| GARY MALEY | * | |
| DAVID TREVINO | * | |

### INITIAL PRETRIAL CONFERENCE/SCHEDULING CONFERENCE

L Chaney present for Directv, Inc.;
R Valdez present for Ramon Bermea;

The Court addresses the issue of the co-defendants and their status;
L Chaney informs the Court that all other defendants have not been served and requests 30 more days to be able to serve them, stating that if service is unsuccessful, a dismissal will then be filed; Extension as to service granted by the Court until 02/13/04 at 3:00pm;

The Court proposes a 636(c) to counsel;
R Valdez at this time has not spoken to his client concerning a 636(c);

The Court proceeds to schedule the case for trial with Final Pretrial on 09/02/04 at 1:30 p.m. and Jury Selection 09/07/04 at 9:00 a.m. before Judge Tagle;

The Court provides counsel with the Form 636(c);

Court adjourned.