| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

DIRECTV, INC. §

VS § CIVIL ACTION NO. B-03-162 (HGT)

RAMON BERMEA §

(Judge United States District Court
Southern District of Texas
FILED
JAN 1 3 2004
Michael N. Milby
Clerk of Court)

## SCHEDULING ORDER

1. Trial: Estimated time to try: **3-4** days.  ☐ Bench ☒ Jury

2. New parties must be joined by: _____
   *Furnish a copy of this scheduling order to newparties.*

3. The plaintiff(s)' experts will be named with a report furnished by:  **APRIL 16, 2004**

4. The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert.  **MAY 16, 2004**

5. Discovery must be completed by:  **JUNE 18, 2004**
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

******************   The court will provide these dates.   ******************

6. Dispositive Motions will be filed by:  **JULY 16, 2004**

7. Joint pretrial order is due:  **AUGUST 16, 2004**
   *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket call and final pretrial conference before Judge Tagle is set for 1:30 p.m. on:  **SEPTEMBER 2, 2004**

9. The jury selection before Judge Tagle is set for 9:00 a.m. on:  **SEPTEMBER 7, 2004**

The case will remain on standby until tried.

Signed __JANUARY 13, 2004__, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge