B03CV162

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: 11-14-03 @ 12 Noon |
| TITLE Process Server | |

Check one box below to indicate appropriate method of service:

☑ Served personally upon the defendant RAMON BARRERA

Place where served: 721 E Kimball, Raymondville, Willacy County Texas
_____.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____
_____.

☐ Returned unexecuted: _____
_____.

☐ Other (specify): _____
_____.

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

_Tony Peña Jr._
Signature of Server

2708-C N. 10th #356
Address of Server

McAllen Tx 78501

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

DIRECTV, INC.

    Plaintiff

VS.

RAMON BERMEA, FERNANDO GARCIA,
GARY MALEY, and DAVID TREVINO

    Defendants

SUMMONS IN A CIVIL CASE:

CASE NUMBER: B-03-162

TO: **RAMON BERMEA**
    **721 E. KIMBALL**
    **RAYMONDVILLE, TX 78580**

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY:**

Lecia L. Chaney
Rodriguez, Colvin & Chaney
1201 E. Van Buren
Brownsville, Tx 78520
(956) 542-7441
(956) 541-2170 fax

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk
_____      9-12-03
CLERK                                        DATE

_____
BY DEPUTY CLERK