# RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]   DATE: January 8, 2004 @ 4:35pm

TITLE: George W. Balderas, Civil Processor

Check one box below to indicate appropriate method of service:

☐ Served personally upon the defendant.

Place where served: 1214 W. Van Buren, Harlingen, Tx 78550 - Business

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Jerry Garcia - brother

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

George W. Balderas
Signature of Server

PO Box 5206, McAllen, Tx 78502-5206
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## AFFIDAVIT OF NON-MILITARY STATUS

THE STATE OF TEXAS §
§
COUNTY OF Hidalgo §

BEFORE ME, the undersigned authority, on this day personally appeared George W. Balderas a person having knowledge of the matters hereinafter set forth and who is personally known to me and first being duly sworn according to law, upon his oath deposed and said:

My name is George W. Balderas. I am over eighteen (18) years of age, I reside in Hidalgo County, Texas. I have never been convicted of a felony, and I am fully competent to make this Affidavit. I have personal knowledge of the facts stated herein, and they are all true and correct.

Fernando Garcia is not in the military services as a member of the Armed Forces of the United States of America. On January 8, 2002, I:

4GWB

__ personally spoke to _____ and he/she indicated that he/she is not in the military services as a member of the Armed Forces of the United States of America;

✓ personally spoke to Jerry Garcia - brother who indicated that they personally know Fernando Garcia and that he/she is not in the military services as a member of the Armed Forces of the United States of America;

_____
_____
_____
_____

[If other, please explain facts showing non-military status]

_George W. Balderas_
George W. BALDERAS   [Printed Name of Affiant]

SUBSCRIBED AND SWORN TO BEFORE ME, on this the 9th day of January, 2004, to certify which witness my hand and official seal.

/AS

_____
NOTARY PUBLIC in and for
The State of Texas

Luis A. Saenz
My Commission Expires
October 10, 2007

## UNITED STATES DISTRICT COURT
### THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

DIRECTV, INC.

    Plaintiff

VS.

RAMON BERMEA, FERNANDO GARCIA, GARY MALEY, and DAVID TREVINO

    Defendants

SUMMONS IN A CIVIL CASE:

CASE NUMBER: B-03-162

TO: **FERNANDO GARCIA**
    **1214 WEST VAN BUREN**
    **HARLINGEN, TX 78550**

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY**:

Lecia L. Chaney
Rodriguez, Colvin & Chaney
1201 E. Van Buren
Brownsville, Tx 78520
(956) 542-7441
(956) 541-2170 fax

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

_____       9-12-03
CLERK                                                 DATE

_____
BY DEPUTY CLERK