IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| Plaintiff, | § § § | |
| v. | § § | No. CIV. B-03-162 |
| RAMON BERMEA, FERNANDO GARCIA, GARY MALEY, DAVID TREVINO | § § § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
FILED

MAY 2 0 2004

Michael N. Milby
Clerk of Court

## MOTION TO DISMISS WITH PREJUDICE

DIRECTV has resolved all matters in this lawsuit against Defendant **GARY MALEY**. Accordingly, DIRECTV requests that Plaintiff's claims against Defendant **GARY MALEY** be dismissed in their entirety and *with prejudice.*

WHEREFORE, DIRECTV requests that this motion be granted, that this lawsuit be dismissed *with prejudice* against **GARY MALEY** and that all costs and expenses, including attorneys' fees, be borne by the party incurring same.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY &
SAENZ, LLP

By: _____
Lecia L. Chaney
Attorney in Charge
Federal ID No. 16499
Texas State Bar No. 00785757
**Christopher E. Moore**
State Bar No. 24011075
Fed. I.D. #36611

P.O. Box 2155
1201 E. Van Buren
Brownsville, TX 78522
(956) 542-7441
(956) 541-2170 Fax

**ATTORNEYS FOR PLAINTIFF,
DIRECTV, INC.**

OF COUNSEL:

GREER, HERZ & ADAMS, LLP

**Joe A.C. Fulcher**
Federal ID No. 14126
St. Bar No. 07509320
**Kelly-Ann F. Clarke**
Federal ID No. 27195
St. Bar No. 24027929
**Robert A. Swofford**
Federal ID No. 19403
St. Bar No. 00791765
**Joseph R. Russo, Jr.**
Federal ID No. 22559
St. Bar No. 24002879
One Moody Plaza, 18th Floor
Galveston, Tx 77550
(409) 797-3200 (telephone)
(409) 766-6424 (telecopier)


## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to-wit:

Richard Valdez
Law Offices of Richard Valdez
905 Morgan Blvd., Ste. B
P.O. Box 534042
Harlingen, Tx 78550
*Attorney for Defendant Ramon Bermea*

Heriberto "Eddie" Medrano
2009 E. Harrison, Suite B
Harlingen, Tx 78550
*Attorney for Defendant Gary Maley*

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the ___20___ day of May, 2004.

_____
Lecia L. Chaney