```
COURTROOM MINUTES:  Felix Recio Judge Presiding
                    Southern District of Texas, Brownsville Division

Courtroom Clerk   :   M Garcia
ERO               :   D Ahumada
CSO               :   M Agado
Law Clerk         :   M Knicely
Interpreter       :   not needed
Date              :   May 25, 2004 at 2:05 p.m.
```

United States District Court
Southern District of Texas
FILED

MAY 25 2004

Michael N. Milby
Clerk of Court

---

**CIVIL CASE NO. B-03-162**

| | | |
|---|---|---|
| **DIRECTV, INC.** | * | Lecia Chaney |
| vs | * | |
| Fernando Garcia | * | |
| David Trevino | * | |
| Ramon Bermea | * | Richard Valdez |

---

### STATUS CONFERNECE

Lecia Chaney present for Plaintiff;
R Valdez present for defendant Bermea;

L Chaney filed with the Court a Motion for Entry of Judgment as to Fernando Garcia and filed a Motion to Dismiss as to David Trevino;

Attorney R Valdez files with the Court a Consent 636 to proceed before the Magistrate;

Scheduling order previously set;

Court adjourned.