## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

DIRECTV, Inc.,        §

    **Plaintiff,**      §

     §

**v.**      §

     §

**RAMON BERMEA, FERNANDO**      §
**GARCIA, GARY MALEY, DAVID**      §
**TREVINO**      §

     §

    **Defendants.**      §

**No. CIV. B-03-162**

United States District Court
Southern District of Texas
FILED

MAY 2 5 2004

Michael N. Milby
Clerk of Court

### MOTION TO DISMISS WITHOUT PREJUDICE

DIRECTV has been unable to locate Defendant **DAVID TREVINO**. Accordingly, DIRECTV requests that Plaintiff's claims against Defendant **DAVID TREVINO** be dismissed *without prejudice*.

WHEREFORE, DIRECTV requests that this motion be granted, that this lawsuit be dismissed *without prejudice* against **DAVID TREVINO** and that all costs and expenses, including attorneys' fees, be borne by the party incurring same.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY &
SAENZ, LLP

By: _Lecia Chaney_

**Lecia L. Chaney**
Attorney in Charge
Federal ID No. 16499
Texas State Bar No. 00785757
**Christopher E. Moore**
State Bar No. 24011075
Fed. I.D. #36611

1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telefax : (956) 541-2170

**ATTORNEYS IN CHARGE FOR**
**PLAINTIFF, DIRECTV, INC.**

OF COUNSEL:

GREER, HERZ & ADAMS, LLP

**Joe A.C. Fulcher**
Federal ID No. 14126
St. Bar No. 07509320
**Kelly-Ann F. Clarke**
Federal ID No. 27195
St. Bar No. 24027929
**Robert A. Swofford**
Federal ID No. 19403
St. Bar No. 00791765
**Joseph R. Russo, Jr.**
Federal ID No. 22559
St. Bar No. 24002879
One Moody Plaza, 18th Floor
Galveston, Tx 77550
(409) 797-3200 (telephone)
(409) 766-6424 (telecopier)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to-wit:

Richard Valdez
Law Offices of Richard Valdez
905 Morgan Blvd., Ste. B
P.O. Box 534042
Harlingen, Texas 78550
*Attorney for Defendant Ramon Bermea*

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the 25th day of May, 2004.

Lecia L. Chaney