UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

DIRECTV, INC.                            §
                                         §              MAY 2 6 2004
      VS                                 §    C.A. NO. B03-162
                                         §           (636(c))       Michael N. Milby, Clerk of Court
RAMON BERMEA                             §                          By Deputy Clerk _D. Ahumada_

### AMENDED SCHEDULING ORDER

1.  Trial: Estimated time to try: _3-4_ days.                                ☐ Bench    ☑ Jury

2.  New parties must be joined by:                                              NA
    *Furnish a copy of this scheduling order to new parties.*

3.  The plaintiff(s)' experts will be named with a report furnished by:    April 16, 2004

4.  The defendant(s)' experts must be named with a report furnished
    within 30 days of the deposition of the plaintiff(s)' expert.          May 16, 2004

5.  Discovery must be completed by:                                        June 18, 2004
    *Counsel may agree to continue discovery beyond the deadline, but there will be
    no intervention by the Court. No continuances will be granted because of
    information acquired in post-deadline discovery.*

******************   The court will provide these dates.   ******************

6.  Dispositive Motions will be filed by:                                  July 16, 2004

7.  Joint pretrial order is due:                                           August 16, 2004
    *The plaintiff(s) is responsible for filing the pretrial order on time.*

8.  Docket call and final pretrial conference before Judge Recio
9.  is set for 1:30 p.m. on:                                               August 31, 2004
    *The case will remain on standby until tried.*

10. The jury selection before Judge Recio is set for 9:00 a.m. on:         September 2, 2004

The case will remain on standby until tried.

Signed _May 25, 2004_, at Brownsville, Texas.

                                                    _____
                                                    Felix Recio
                                                    United States Magistrate Judge