

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DIRECTV, Inc., § § § Plaintiff, § § v. § No. CIV. **B-03-162** § RAMON BERMEA, FERNANDO § GARCIA, GARY MALEY, DAVID § TREVINO § § Defendants. § | |

### ORDER GRANTING
### MOTION TO DISMISS WITHOUT PREJUDICE

CAME ON to be heard on this day DIRECTV's Motion to Dismiss without Prejudice, in which the Plaintiff requests that its claims against Defendant **DAVID TREVINO only** be dismissed *without prejudice*. The Court, having considered the plaintiff's motion, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's lawsuit against Defendant **DAVID TREVINO** is hereby dismissed *without prejudice*; and, IT IS FURTHER ORDERED that all costs and expenses, including attorneys' fees, are to be borne by the party incurring same.

Signed this 25 day of May, 2004 in Brownsville, Texas.

_____
JUDGE PRESIDING