# UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DIRECTV, INC. | * | United States District Court<br>Southern District of Texas<br>ENTERED<br>MAY 2 6 2004<br>Michael N. Milby, Clerk of Court<br>By Deputy Clerk |
| VS | * C.A. NO. B-03-162 | |
| RAMON BERMEA | * | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| _Chaney_ | DirectV | 1-13-04 |
| _Richard Vola_ | Ramon Bermea | 5/25/04 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

May 25, 2004
Date

_____
United States District Judge

**NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**