UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 23 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DIRECTV, INC. | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-162 |
| | § | |
| FERNANDO GARCIA, | § | |
|    Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT FERNANDO GARCIA'S DEFAULT

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, Directv's Request for Entry of Default and Default Judgment Against Defendant Fernando Garcia (Docket No. 22) is GRANTED. Furthermore, it is ORDERED that Defendant Garcia found to have failed to answer the claims of Plaintiff and, accordingly, is in default. Additionally, it is ORDERED that the clerk of the court shall enter a Judgment of Default against Defendant Garcia and in favor of the Plaintiff in this matter, and that Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

   (1) statutory damages in the amount of ten thousand dollars ($10,000.00);
   (2) costs in the amount of one thousand dollars ($1000.00);
   (3) attorney's fees in the amount of five hundred and ten dollars ($510.00); and
   (4) post-judgment interest equaling __2.09__ % per annum.

In addition, Defendant Garcia is hereby permanently enjoined from committing any violation of 47 U.S.C. § 605, 18 U.S.C. § 2511, or 18 U.S.C. § 2512.

IT IS SO ORDERED.

   DONE at Brownsville, Texas this __22__ day of __September__, 2004.

Hilda Tagle
United States District Judge